**Michael D. WOODFALL,
Plaintiff–Appellant,**

v.

**CORRECTIONS CORPORATION OF
AMERICA; et al., Defendants–
Appellees.**

**No. 13–15147.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 18, 2014.*

Filed Feb. 27, 2014.

Michael D. Woodfall, Oceanview, HI, pro se.

Rachel Love, Amy Nguyen, Daniel Patrick Struck, Esquire, Managing Senior Counsel, Tara Zoellner, Struck, Wieneke & Love, PLC, Chandler, AZ, for Defendant–Appellee.

Before: ALARCÓN, O'SCANNLAIN, and FERNANDEZ, Circuit Judges.

MEMORANDUM **

Michael D. Woodfall, a former Hawaii state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs while housed in Arizona. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung,* 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment because Woodfall failed to raise a genuine dispute of material fact as to whether defendants were deliberately indifferent in treating his lower back injury. *See id.* at 1057–58 (a prison official acts with deliberate indifference only if he or she knows of and disregards an excessive risk to the prisoner's health; neither a prisoner's difference of opinion concerning the course of treatment nor mere negligence in diagnosing or treating a medical condition amounts to deliberate indifference).

We do not consider matters not specifically and distinctly raised and argued in the opening brief. *See Padgett v. Wright,* 587 F.3d 983, 985 n. 2 (9th Cir.2009) (per curiam).

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.